IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY W. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:05cv0390 |
| JO ANNE BARNHART, | ) Judge Thomas A. Wiseman, Jr. |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Having reviewed *de novo* the entire record and the pleadings, the Court finds that Plaintiff's objections (Doc. No. 20) are without merit and should be overruled. Said objections are therefore **OVERRULED**. The Magistrate Judge's Report & Recommendation is hereby **ACCEPTED AND ADOPTED** and the Plaintiff's Motion for Judgment (Doc. No. 13) is **DENIED**. The Commissioner's judgment is **AFFIRMED**.

It is so **ORDERED**.

This is a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge